No. — – —. DUROCHER *v.* FLORIDA; and
No. — – —. MCPETERS *v.* CALIFORNIA. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. D–1202. IN RE DISBARMENT OF LEIGHTON. Disbarment entered. [For earlier order herein, see 506 U. S. 970.]

No. D–1203. IN RE DISBARMENT OF BAUCUM. Disbarment entered. [For earlier order herein, see 506 U. S. 970.]

No. D–1205. IN RE DISBARMENT OF ISAACKS. Disbarment entered. [For earlier order herein, see 506 U. S. 970.]

No. D–1206. IN RE DISBARMENT OF BREIT. Disbarment entered. [For earlier order herein, see 506 U. S. 983.]

No. D–1208. IN RE DISBARMENT OF BEATY. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1209. IN RE DISBARMENT OF WHITE. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1211. IN RE DISBARMENT OF MCCLEAN. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1212. IN RE DISBARMENT OF AGUILAR. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1213. IN RE DISBARMENT OF VERIZZO. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1215. IN RE DISBARMENT OF MAYBLUM. Disbarment entered. [For earlier order herein, see 506 U. S. 995.]

No. D–1216. IN RE DISBARMENT OF HAYES. Disbarment entered. [For earlier order herein, see 506 U. S. 1017.]

No. D–1228. IN RE DISBARMENT OF BUCK. It is ordered that Thomas Randolph Buck, of Plantation, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1229. IN RE DISBARMENT OF VEITH. It is ordered that Douglas Veith, of Papillion, Neb., be suspended from the practice